FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

In re **Leona Hill**                                                                                    Case No.
                                                    Debtor(s)                                  Chapter **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) **Leona Hill** | S.S.# **xxx-xx-5160** |
| | (W) | S.S.# |
| ADDRESS: | **3322 Starsdale St.** | |
| | **Memphis, TN 38118** | |
| PLAN PAYMENT: | Debtor(s) to pay $ **274.00  EVERY 2 WEEKS** | (weekly, **every two weeks**, semi-monthly, monthly) |
| PAYROLL DEDUCTION: | **YES**            OR ( ) DIRECT PAY | |
| | BECAUSE: **Employed** | |
| | FIRST PAYMENT DATE: | |
| PLACE OF EMPLOYMENT: | **Memphis Jewish Home & Rehab** **36 Bazeberry Rd.** **Cordova, TN 38018** | |
| ADMINISTRATIVE: | Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order. | |

|   |   | MONTHLY PLAN PMT. |
|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan   ( ) Included in Plan | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | $ **-NONE-** |
| | Child support arrearage amount | $ |
| PRIORITY CREDITORS: | **-NONE-** | $ **-NONE-** |

| HOME MORTGAGE: | If no arrearage, ongoing payments are to be paid directly by the debtor(s). | | | | |
|---|---|---|---|---|---|
| **Bayview Loan Servicing** | Ongoing pmt. Begin **July 1, 2015** | | | | $ **483.81** |
| | Approx. arrearage **3,000.00** | Interest **0.00** | % | | $ **50.00** |
| SECURED CREDITORS; (retain lien 11 U.S.C. Sec. 1325{a}{5}) | VALUE COLLATERAL | RATE OF INTEREST | | | MONTHLY PLAN PMT. |
| **-NONE-** | $ | | % | | $ |

UNSECURED CREDITORS:   Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts.  Pay **To Be Determined** % of these claims after above claims are paid or pay all disposable income for term of plan;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT:  **$3,250.00**

TERMINATION:      Plan shall terminate upon payment of the above, approximately **60** months.

**Rejected Leases**
 **-NONE-**:
**Assumed Leases**
 **-NONE-**:
*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

DEBTOR'S ATTORNEY:   **Ian D. Garrott**
**Ian D. Garrott #15453**
**4646 Poplar Ave. #237**
**Memphis, TN 38117**
**901-324-0101**